**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa.aspx*

October 23, 2014

Hon. Richard Valdez
316 W. Tyler Ave
Harlingen, TX 78550-6556
* DELIVERED VIA E-MAIL *

Hon. John Williamson
Attorney at Law
815 Ridgewood St. @ Los Ebanos Blvd
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00507-CV
Tr.Ct.No. 2002-CPC-252-C
Style:    In the Matter of the Estate of Elisa Ortega

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 3 (DELIVERED VIA E-MAIL)
       Hon. Joe G. Rivera, Cameron County Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)